UNITED STATES of America,
Plaintiff-Appellee,

v.

Jaquan Martez YOUNG, a.k.a. "Big Head" Or "Head", Defendant-Appellant.

No. 17-11727
Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

(January 5, 2018)

---

Sandra J. Stewart, Joshua J. Wendell, U.S. Attorney Service—Middle District of Alabama, U.S. Attorney's Office, Montgomery, AL, for Plaintiff-Appellee

Andrew Skier, Skier & Associates, Montgomery, AL, for Defendant-Appellant

Before TJOFLAT, WILLIAM PRYOR and NEWSOM, Circuit Judges.

PER CURIAM:

Jaquan Young appeals the sentence the district court imposed following his plea of guilty to conspiracy to distribute a controlled substance. 21 U.S.C. §§ 841(a)(1), 846. Young argues that the district court clearly erred by imposing a two-level enhancement under section 2D1.1(b)(1) of the Sentencing Guidelines and by declining to apply a mitigating-role reduction under section 3B1.2. But we cannot afford Young any meaningful relief. Young was sentenced to the statutory-minimum sentence of 120 months of imprisonment. So any error in calculating his advisory guideline range was harmless. *See United States v. Chirino-Alvarez*, 615 F.3d 1344, 1346 (11th Cir. 2010). We affirm.

**AFFIRMED.**